**Rafael Armando Ibarra PEREZ; et al., Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–73064.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2012.*

Filed May 25, 2012.

Nikhil M. Shah, I, Esquire, General, Law Offices of Nikhil M. Shah, Los Angeles, CA, for Petitioners.

Jesse Matthew Bless, OIL, David V. Bernal, Assistant Director, DOJ–U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

MEMORANDUM **

Rafael Armando Ibarra Perez, Leticia Ibarra, and their son, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand.

The BIA rejected petitioners' motion to reopen without the benefit of our decision in *Reyes–Torres v. Holder*, 645 F.3d 1073, 1077 (9th Cir.2011), in which we concluded that 8 C.F.R. § 1003.2(d) did not preclude a motion to reopen filed after a petitioner had been removed. We remand to the BIA in light of this intervening case law.

Because of our remand, we do not address petitioners' remaining contentions.

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

